IH-32                                                                                                        Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

**Full Caption of Later Filed Case:**

Ed Henry

| Plaintiff | | Case Number |
|---|---|---|
| vs. | | 1:21-cv-05712-UA |

Thrive Global, Inc., Dillion Walker / @dillionWalker212, Andrew Rossow, AR Media Consulting, True Hollywood Talk, Debbie Almontaser, @NATEBASS13, Jani Beg / @begjani41, @Randyluv3, @Garyatty, @Baligubadle1, @BlownawayToo, @sekhmet67, @mikerico77, @bobfiore, @DCRising21, @kaleighderhosen, @AC10021, Jasmine Geraldi / @JasmineGeraldi, @AlpacaDeGuera, Bob Sacamano / @Feenom22, Doyle Lonegan / @beauflave, @karinabenaissa1, @PopeCovidXIX, @MonicaRivpin, @solomongrundy6, @MpoppEileen, @bthechange1234, @CompAnalyst, @MargaretSAHall, @BadFoxGraphics, @itsmeCWB, @ChafedCharlie, @quinn__paul, @James_Andrew, Linda Walczak / @WalczakLinda9, @ClementsIra, @Mayeyala, @arden_messing, Les Rose / @LesRoseSyracuse, GlennyTrades / @Glenn Investor

Defendant

---

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

Jennifer Eckhart

| Plaintiff | | Case Number |
|---|---|---|
| vs. | | 1:20-cv-05593-RA |

Fox News Network, LLC and Ed Henry,

Defendant

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open    (If so, set forth procedural status and summarize any court rulings.)

The earlier filed case is still awaiting rulings on the defendants' motions to dismiss. Discovery has not begun.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The overlap is exclusively factual. In the earlier filed case, Plaintiff Eckhart accused Defendant Henry of sexual harassent and sexual assault. In the latter case, Henry is the plaintiff, and he is suing one company and various individuals for false statements related to Ms. Eckhart's allegations in the earlier-filed lawsuit. The Plaintiff expects to file additional cases related to Ms. Eckhart's allegations, including a claim against Ms. Eckhart herself for defamation.

Signature: /s/ Ty Clevenger    Date: 7/19/21

Firm: (solo practitioner)