| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 10/25/21 |

EDWARD HENRY,

                Plaintiff,

v.

THRIVE GLOBAL, INC., DILLION WALKER, ANDREW ROSSOW, AR MEDIA CONSULTING, TRUE HOLLYWOOD TALK, DEBBIE ALMONTASER, NATEBASS13, JANI BEG, RANDYLUV3, GARYATTY, BALIGUBADLE1, BLOWNAWAYTOO, SEKHMET67, MIKERICO77, BOBFIORE, DCRISING21, KALEIGHDERHOSEN, AC10021, JASMINE GERALDI, ALPACADEGUERA, BOB SACAMANO, DOYLE LONEGAN, KARINABENAISSA1, POPECOVIDXIX, MONICARIVPIN, SOLOMONGRUNDY6, MPOPPEILEEN, BTHECHANGE1234, COMPANALYST, MARGARETSAHALL, BADFOXGRAPHICS, ITSMECWB, CHAFEDCHARLIE, QUINN__PAUL, JAMES_ANDREW, LINDA WALCZAK, CLEMENTSIRA, MAYEYALA, ARDEN_MESSING, LES ROSE, and GLENNYTRADES.

                Defendants.

No. 21-CV-5712 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The complaint in this case was filed on July 1, 2021. Dkt. 1. The same day, Plaintiff requested summonses for four of the forty-one defendants, but due to a filing deficiency, no summonses were issued. Dkt 2. On July 30, 2021, this Court issued an order scheduling an initial pretrial conference in this case for October 29, 2021. Dkt. 5.

      It appears that Plaintiff never amended the deficient summonses, or requested any further

summonses for the remaining defendants. No summonses have been issued on the docket, and no proof of service has been filed for any of the defendants. "The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m)." Fed R. Civ. P. 4(c)(1). "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The 90 day period for Plaintiff to serve expired on September 30, 2021.

No later than October 28, 2021, Plaintiff shall submit proof of service on the docket and/or provide the Court a status update as to service. Failure to do so will result in dismissal of this action.

SO ORDERED.

Dated:   October 25, 2021
         New York, New York

                                            Ronnie Abrams
                                            United States District Judge