| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 11/15/21 |

EDWARD HENRY,

                Plaintiff,

v.

THRIVE GLOBAL, INC., DILLION WALKER, ANDREW ROSSOW, AR MEDIA CONSULTING, TRUE HOLLYWOOD TALK, DEBBIE ALMONTASER, NATEBASS13, JANI BEG, RANDYLUV3, GARYATTY, BALIGUBADLE1, BLOWNAWAYTOO, SEKHMET67, MIKERICO77, BOBFIORE, DCRISING21, KALEIGHDERHOSEN, AC10021, JASMINE GERALDI, ALPACADEGUERA, BOB SACAMANO, DOYLE LONEGAN, KARINABENAISSA1, POPECOVIDXIX, MONICARIVPIN, SOLOMONGRUNDY6, MPOPPEILEEN, BTHECHANGE1234, COMPANALYST, MARGARETSAHALL, BADFOXGRAPHICS, ITSMECWB, CHAFEDCHARLIE, QUINN__PAUL, JAMES_ANDREW, LINDA WALCZAK, CLEMENTSIRA, MAYEYALA, ARDEN_MESSING, LES ROSE, and GLENNYTRADES.

                Defendants.

No. 21-CV-5712 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Court has issued two orders cautioning Plaintiff Edward Henry that failure to serve Defendants would result in dismissal of this action without prejudice. Dkts. 6, 7. In advance of the initial pretrial conference, the Court issued an order requiring that by October 28, 2021, Henry provide "proof of service on the docket and/or [ ] a status update as to service," and warned that "failure to do so will result in dismissal of this action." Dkt. 6. No proof of service

or status update was filed.  The next day, on October 29, 2021, Henry failed to appear at the initial pretrial conference.[1]  On November 1, 2021, the Court ordered Henry to "advise the Court in writing why he [had] failed to serve the summons within the 90-day period" required by Rule 4(m), and warned that failure to do so by November 12, 2021 would result in dismissal of the claims against Defendants, without prejudice.  Dkt. 7.  Henry did not file a letter on November 12, 2021, and has not filed any document or otherwise engaged in the case since July of 2021.

For the reasons stated in the previous orders, it is hereby ORDERED, that the case be dismissed, without prejudice, as to all Defendants, none of whom were served.

SO ORDERED.

Dated:   November 15, 2021
         New York, New York

Ronnie Abrams
United States District Judge

---

[1] As stated in the Court's November 1, 2021 order, counsel of record, Ty Clevenger, appeared at the initial pretrial conference held on the same day in a related case, 21-CV-5728, but did not appear at the conference in this case.